| | |
|---|---|
| <u>DEFENDANT</u>: | Ezequiel Lucio-Aguilera<br>a/k/a Ezequiel Aguilera-Lucid |
| <u>AGE/YOB</u>: | 1995 |
| <u>COMPLAINT FILED?</u> | _____ Yes     \_\_\_x\_\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | \_\_ Yes    \_\_x No |
| <u>OFFENSE(S)</u>: | 8 U.S.C. § 1326(a), (b)(2): Illegal Re-entry after Removal Subsequent to an Aggravated Felony Conviction |
| <u>LOCATION OF OFFENSE:</u> | Adams County, Colorado |
| <u>PENALTY</u>: | NMT 20 years imprisonment, NMT $250,000 fine, or both, $100 SA |
| <u>AGENT</u>: | Shawna Weir<br>Deportation Officer, DHS/ICE Enforcement & Removal |
| <u>AUTHORIZED BY</u>: | Albert Buchman<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 x  five days or less; \_\_\_ over five days

<u>THE GOVERNMENT</u>

\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) or (2)

The statutory presumption of detention is not applicable to this defendant.