AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>EZEQUIEL LUCIO-AGUILERA,<br>a/k/a Ezequiel Aguilera-Lucid<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  22-CR-0053-CMA |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EZEQUIEL LUCIO-AGUILERA, a/k/a Ezequiel Aguilera-Lucid                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   8 U.S.C. § 1326(a), (b)(2): Illegal Re-entry after Removal Subsequent to an Aggravated Felony Conviction

Date:   02/09/2022                                                                                          *s/S. Phillips, Deputy Clerk*
                                                                                                                    *Issuing officer's signature*

City and state:   Denver, Colorado                                                              Jeffrey P. Colwell, Clerk of Court
                                                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)*  _____ .<br><br>Date:  _____                                                                            _____<br>                                                                                                                    *Arresting officer's signature*<br><br>                                                                                                                    _____<br>                                                                                                                    *Printed name and title* |