AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-CR-0053-CMA |
| | ) | |
| EZEQUIEL LUCIO-AGUILERA, | ) | |
| a/k/a Ezequiel Aguilera-Lucid | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   EZEQUIEL LUCIO-AGUILERA, a/k/a Ezequiel Aguilera-Lucid                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   8 U.S.C. § 1326(a), (b)(2): Illegal Re-entry after Removal Subsequent to an Aggravated Felony Conviction

Date:   02/09/2022

s/S. Phillips, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

Executed by USMS
On April 8, 2022
In El Paso, Texas

*Arresting officer's signature*

*Printed name and title*

| | |
|---|---|
| <u>DEFENDANT:</u> | Ezequiel Lucio-Aguilera<br>a/k/a Ezequiel Aguilera-Lucid |
| <u>AGE/YOB</u>: | 1995 |
| <u>COMPLAINT FILED?</u> | _____ Yes    __x__ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>    __ Yes    _x_ No

| | |
|---|---|
| <u>OFFENSE(S):</u> | 8 U.S.C. § 1326(a), (b)(2): Illegal Re-entry after Removal Subsequent to an Aggravated Felony Conviction |
| <u>LOCATION OF OFFENSE:</u> | Adams County, Colorado |
| <u>PENALTY:</u> | NMT 20 years imprisonment, NMT $250,000 fine, or both, $100 SA |
| <u>AGENT:</u> | Shawna Weir<br>Deportation Officer, DHS/ICE Enforcement & Removal |
| <u>AUTHORIZED BY:</u> | Albert Buchman<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

_x_ five days or less; ___ over five days

<u>THE GOVERNMENT</u>

__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) or (2)

The statutory presumption of detention is not applicable to this defendant.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-0053-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EZEQUIEL LUCIO-AGUILERA,
    a/k/a Ezequiel Aguilera-Lucid,

    Defendant.

---

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about September 9, 2021, in the State and District of Colorado, the defendant, EZEQUIEL LUCIO-AGUILERA, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about April 25, 2019, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

### NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(2) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for an aggravated felony offense.

A TRUE BILL:

Ink Signature on File in Clerk's Office
FOREPERSON

COLE FINEGAN
United States Attorney


By:  s/Albert Buchman
Albert Buchman
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0228
Fax:  303-454-0406
E-mail:  al.buchman@usdoj.gov
Attorney for Government