CLOSED,INTERPRETER

# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
### CRIMINAL DOCKET FOR CASE #: 3:22-mj-00711-MAT All Defendants

| | |
|---|---|
| Case title: USA v. Lucio-Aguilera | Date Filed: 04/08/2022 |
| | Date Terminated: 04/13/2022 |

Assigned to: Judge Miguel A. Torres

**Defendant (1)**

| | | |
|---|---|---|
| **Ezequiel Lucio-Aguilera**<br>*TERMINATED: 04/13/2022*<br>*also known as*<br>Ezequiel Aguilera-Lucid<br>*TERMINATED: 04/19/2022* | represented by | **Sandra S. Lewis**<br>Federal Public Defender<br>700 E. San Antonio St.<br>Room D-401<br>El Paso, TX 79901<br>(915) 534-6525<br>Fax: 915/534-6534<br>Email: Sandra_Lewis@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 8:1326B2.F--IMMIGRATION, REENTRY OF REMOVED ALIENS- RULE 5 | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Stephen G. Jurecky**<br>U.S. Attorneys Office<br>700 E. San Antonio<br>Suite 200<br>El Paso, TX 79901-0001<br>(915) 534-6884<br>Fax: 915/534-3418<br>Email: steve.jurecky@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2022 | 1 | Arrest (Rule 5/Rule 32.1) of Ezequiel Lucio-Aguilera (mv) (Entered: 04/11/2022) |
| 04/08/2022 | 2 | MOTION to Detain Defendant without Bond by USA as to Ezequiel Lucio-Aguilera. (mv) (Entered: 04/11/2022) |
| 04/08/2022 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ezequiel Lucio-Aguilera. Signed by Judge Miguel A. Torres. (mv) (Entered: 04/11/2022) |
| 04/08/2022 | 4 | Minute Entry for proceedings held before Judge Miguel A. Torres:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Ezequiel Lucio-Aguilera held on 4/8/2022 NO BOND SET (Minute entry documents are not available electronically.), SPANISH (L. Quevedo) Language Interpreter required as to Ezequiel Lucio-Aguilera (Court Reporter ERO-ZOOM.) (mv) (Entered: 04/11/2022) |

| | | |
|---|---|---|
| 04/08/2022 | | ORAL ORDER OF TEMPORARY DETENTION: NO BOND SET as to Ezequiel Lucio-Aguilera by Judge Miguel A. Torres. (mv) (Entered: 04/11/2022) |
| 04/08/2022 | 5 | ORDER SETTING IDENTITY/D.C. ARRAIGNMENT/DETENTION HEARING **ZOOM** as to Ezequiel Lucio-Aguilera, ( Arraignment set for 4/13/2022 09:00 AM before Judge Miguel A. Torres, Detention Hearing set for 4/13/2022 09:00 AM before Judge Miguel A. Torres, Identity Hearing set for 4/13/2022 09:00 AM before Judge Miguel A. Torres,), Order Regarding Due Process Protections Act as to Ezequiel Lucio-Aguilera. Signed by Judge Miguel A. Torres. (mv) (Entered: 04/11/2022) |
| 04/08/2022 | 6 | ARREST Warrant Returned Executed on 4/8/22 as to Ezequiel Lucio-Aguilera. (mv) (Entered: 04/11/2022) |
| 04/11/2022 | 7 | NOTICE OF ATTORNEY APPEARANCE Stephen G. Jurecky appearing for USA. . Attorney Stephen G. Jurecky added to party USA(pty:pla) (Jurecky, Stephen) (Entered: 04/11/2022) |
| 04/11/2022 | 8 | NOTICE OF ATTORNEY APPEARANCE: Sandra S. Lewis appearing for Ezequiel Lucio-Aguilera . Attorney Sandra S. Lewis added to party Ezequiel Lucio-Aguilera(pty:dft) (Lewis, Sandra) (Entered: 04/11/2022) |
| 04/11/2022 | 9 | Waiver of Preliminary and Detention Hearing by Ezequiel Lucio-Aguilera (Lewis, Sandra) (Entered: 04/11/2022) |
| 04/11/2022 | 10 | Waiver of personal appearance at Arraignment, plea of not guilty by Ezequiel Lucio-Aguilera (Lewis, Sandra) (Entered: 04/11/2022) |
| 04/11/2022 | 11 | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Ezequiel Lucio-Aguilera. Signed by Judge Miguel A. Torres. (dt) (Entered: 04/11/2022) |
| 04/13/2022 | 12 | ORDER REGARDING RULE 5 HEARINGS AND ORDER OF REMOVAL as to Ezequiel Lucio-Aguilera. Signed by Judge Miguel A. Torres. (dt) (Entered: 04/13/2022) |
| 04/13/2022 | 13 | Notice to District of Colorado of a Rule 5, Rule 32, or Rule 40 Appearance as to Ezequiel Lucio-Aguilera. Your case number is: 22-CR-0053. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to TXWD_ECF_help@txwd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (ep1) Modified on 4/19/2022 (dt). (Entered: 04/19/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/22/2022 12:19:59 | | | |
| **PACER Login:** | uuxx4960:4268999:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:22-mj-00711-MAT |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**