IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   22-cr-00053-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EZEQUIEL LUCIO-AGUILERA,

       Defendant.

_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA GRADY
       Federal Public Defender


       *s/ Kilie Latendresse*
       Kilie Latendresse
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Kilie_Latendresse@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on May 23, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Albert C. Buchman, Assistant United States Attorney
    Al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ezequiel Lucio-Aguilera     (via U.S. Mail)

                       *s/ Kilie Latendresse*
                       Kilie Latendresse
                       Assistant Federal Public Defender
                       633 17th Street, Suite 1000
                       Denver, CO  80202
                       Telephone:  (303) 294-7002
                       FAX:  (303) 294-1192
                       Kilie_Latendresse@fd.org
                       Attorney for Defendant