IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00053-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EZEQUIEL LUCIO-AGUILERA,

       Defendant.

## NOTICE OF DISPOSITION

      Defendant, Ezequiel Lucio-Aguilera, by and through counsel, Kilie Latendresse, Assistant Federal Public Defender, hereby notifies this Honorable Court of his intent to plead guilty to the indictment, without an agreement with the government. Defendant notes that a change of plea hearing is set for June 14, 2022 at 4:00 p.m.

                               Respectfully Submitted,

                               VIRGINIA L. GRADY
                               Federal Public Defender

                               *s/ Kilie Latendresse*
                               Kilie Latendresse
                               Assistant Federal Public Defender
                               633 17th Street, Suite 1000
                               Denver, CO  80202
                               Telephone:  (303) 294-7002
                               FAX:  (303) 294-1192
                               Kilie_Latendresse@fd.org
                               Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, I electronically filed the foregoing

## NOTICE OF DISPOSITION

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Albert C. Buchman, Assistant United States Attorney
    Al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ezequiel Lucio-Aguilera    (via U.S. Mail)

    *s/ Kilie Latendresse*
    Kilie Latendresse
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Kilie_Latendresse@fd.org
    Attorney for Defendant