IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-CR-53-CMA

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**EZEQUIEL LUCIO-AGUILERA,**

       Defendant.

_____

**EZEQUIEL LUCIO-AGUILERA'S SENTENCING STATEMENT AND MOTION FOR DOWNARD VARIANCE**

_____

On January 16, 2012, at the age of sixteen, Ezequiel Lucio-Aguilera witnessed his older brother's murder. The man who killed Sergio, Mr. Lucio-Aguilera's older brother, is connected to a Mexican drug cartel. This man has been hunting Mr. Lucio-Aguilera for over ten years because of the crime he witnessed. Mr. Lucio-Aguilera fled to the United States to avoid being murdered by the same man who killed his brother.

Mr. Lucio-Aguilera has been in custody since January 21, 2022[1]. He respectfully requests that this Court sentence him to time served[2] with no period of supervised release to follow. A sentence of time served is supported by the factors this Court must

---

[1] He indictment for this case was filed February 9, 2022. ECF 1. Mr. Lucio-Aguilera was being held for a probation warrant from the Western District of Texas when this indictment was filed. Mr. Lucio-Aguilera has been detained for this case alone since April 8, 2022. *See* Presentence Investigation Report (PSIR), ECF 22.

[2] 237 days. *Id.*

1

consider pursuant to 18 U.S.C. § 3553(a). Even if the Court considers only the time he has spent in custody since April 8, 2022, Mr. Lucio-Aguilera will have spent seven months and 9 days in custody for this case at the time of his sentencing hearing. A seven-month sentence takes into account the extraordinary circumstances that prompted him to return to this country, as well as his overall character and the financial and emotional support he provides for his family. As grounds for this motion, Mr. Lucio-Aguilera states the following:

> **I. Mr. Lucio-Aguilera came to the United States because his life was in danger.**

Two months before Mr. Lucio-Aguilera committed the offense of re-entering the United States without authorization, he was shot in the head by the man who murdered his brother. Fortunately, the bullet only grazed his skull and hit him in the thigh. He has visible scars on his head and leg from this shooting.[3] Although Mr. Lucio-Aguilera survived this attack, he remained hospitalized for one week. His mother confirmed that his doctors had to implant a metal plate in his head.

Mr. Lucio-Aguilera and his mother reported this attempt on his life to the local police. They refused to act. Mr. Lucio-Aguilera's mother requested copies of his medical records from the hospital where he was treated, as well as a copy of the police report, so that she could bring this evidence to the prosecutor. The police department denied her request and the hospital refused to provide her with any documentation other than

---

[3] The facility where Mr. Lucio-Aguilera was being held denied multiple requests to be able to document Mr. Lucio-Aguilera's injuries by bringing a camera in to take photographs.

the bill. The man who killed Sergio and still wants to kill Mr. Lucio-Aguilera is a known member of a criminal drug cartel. Because of the way his brother's murder and the attempt on his own life was handled by law enforcement, Mr. Lucio-Aguilera and his family believe the man trying to kill him has friends, or at least financial beneficiaries, in law enforcement.

As soon as Mr. Lucio-Aguilera recovered from his injuries, he fled to the United States. While his reentry may have been unlawful, it was certainly understandable in light of the danger he faced and the refusal of local law enforcement to intervene on his behalf.

**II. Three of his siblings have been murdered in Mexico.**

Even before he was shot in the head, Mr. Lucio-Aguilera had good reason to fear for his safety. Three of Mr. Lucio-Aguilera's five siblings have been murdered in Mexico. His sister, Giselle Lucio, was murdered in 2017 during an armed robbery.


Giselle Lucio

His older brother, Ricardo, was murdered outside their home in 2002. Ricardo was only 15 years old when he was killed.



Ricardo Aguilera

And Mr. Lucio-Aguilera's other older brother, Sergio, was murdered right in front of him.



Sergio Lucio-Aguilera

Mr. Lucio-Aguilera was only sixteen years old when he saw his brother die. Sergio was seventeen. Sergio had been dating a young woman who was living with another man. That man happened to be part of a drug cartel. He killed Sergio after he found out about the relationship.

Mr. Lucio-Aguilera and his mother both watched Sergio die after being shot three times: once in the head and twice in the back. Mr. Lucio-Aguilera saw his mother pick his brother's body up off the floor after he was killed. And they both witnessed the refusal of police and prosecutors to respond, despite their loved one having been gunned down in front of two witnesses who knew the name and face of the killer. And the killer knows they were there, too, which is why he wants them dead.

**III. Mr. Lucio-Aguilera has a young son who needs him.**

Mr. Lucio-Aguilera has a two-year-old son, Andres, who lives with his mother, Alondra Uvaldo, in Denver. Ms. Uvaldo works as a dental technician. She is a United States citizen, but she has family in Mexico.



Andres and his Grandfather

Before his arrest, Mr. Lucio-Aguilera worked as a mechanic at an auto shop, and he paid Ms. Uvaldo approximately $100 every week in child support, or as much as he could. Mr. Lucio-Aguilera visited with his son almost every day and spent every weekend with him. Ms. Uvaldo noticed a change in Andres's behavior after Mr. Lucio-Aguilera's arrest. Andres started saying "papa" over and over again, asking for his dad. He often said this after seeing cars the same color as the truck Mr. Lucio-Aguilera drove. He misses his father.

Mr. Lucio-Aguilera is a good dad, and he deserves to have a long and meaningful relationship with his son. Even if Mr. Lucio-Aguilera cannot legally return to the United States, he can still participate actively in his child's life by supporting him financially, communicating with him by phone and video, and hopefully by visiting with him in person outside of the United States.

The circumstances of this offense and the personal history and characteristics of Mr. Lucio-Aguilera merit a below-guidelines sentence in this case. The guideline range fails to account in any way for the events that prompted Mr. Lucio-Aguilera to return to the United States. And a seven-month sentence is sufficient but not greater than necessary effectuate the goals of 18 U.S.C. § 3553(a). Furthermore, a term of supervised release should not be imposed in this case, as Mr. Lucio-Aguilera will inevitably be deported upon his release. And the grave threat to his life that waits for him in Mexico is not an appropriate reason to impose further punishment in this case.

Wherefore, Mr. Lucio-Aguilera respectfully requests that this Court impose a variant sentence of time served with no term of supervised release to follow.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Albert Buchman, Assistant United States Attorney
    Al.Buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ezequiel Lucio-Aguilera (U.S. Mail)

    <u>s/Kilie Latendresse</u>
    KILIE LATENDRESSE
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    kilie.latendresse@fd.org
    Attorney for Defendant